**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. PAPADOPOULOS DENTAL CORP. dba VILLAGE FAMILY DENTAL OFFICE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SIGMAGRAFT, INC. dba SIGMAGRAFT BIOMATERIALS, <br><br> Defendant. | Case No. 8:19-cv-00232-DOC-DFM <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES Plaintiff, M. PAPADOPOULOS DENTAL CORP. DBA VILLAGE FAMILY DENTAL OFFICE, by and through the undersigned counsel, to inform this Honorable Court that the parties in the above-captioned case have reached a settlement on an individual (i.e., not class-wide) basis. The parties are diligently working on the settlement documentation and Plaintiff anticipates

filing a stipulation of dismissal of this action with prejudice as to Plaintiff's individual claims pursuant to *Fed. R. Civ. P. 41*, within thirty (30) days.

|  |  |
|---|---|
| Dated: November 18, 2019 | RESPECTFULLY SUBMITTED,<br>**MARTIN & BONTRAGER, APC.**<br><br>By: /s/ G. Thomas Martin, III<br><br>G. Thomas Martin, III<br>6464 W. Sunset Blvd., Suite 960<br>Los Angeles, CA 90028<br>Telephone: (323) 940-1700;<br>Facsimile: (323) 238-8095<br>Email: tom@mblawapc.com<br>*Attorney for Plaintiff* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.