Christopher P. Wesierski [Bar No. 086736]
Mary H. Kim [Bar No. 198327]
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, CA 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants,
SIGMAGRAFT, INC. dba
SIGMAGRAFT BIOMATERIALS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| M. PAPADOPOULOS DENTAL CORP. dba VILLAGE FAMILY DENTAL OFFICE, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SIGMAGRAFT, INC. dba SIGMAGRAFT BIOMATERIALS,<br><br>Defendant. | CASE NO. 8:19-cv-232<br><br>**STIPULATION DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) and RULE 41(c)(2), F.R.Civ.P.** |

NOW COMES Plaintiff, M. PAPADOPOULOS DENTAL CORP. dba VILLAGE FAMILY DENTAL OFFICE, and Defendant, SIGMAGRAFT, INC. dba SIGMAGRAFT BIOMATERIALS, by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of the instant matter.

/ / /

/ / /

/ / /

/ / /

1  Plaintiff dismisses its individual claims with prejudice, putative class claims without
2  pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys'
3  fees and costs incurred.

5  DATED: March 10, 2020          WESIERSKI & ZUREK LLP

8                                 By:    /s/
                                   Christopher P. Wesierski
9                                  Mary H. Kim
10                                 Attorneys for Defendant SIGMAGRAFT,
                                   INC. dba SIGMAGRAFT
11                                 BIOMATERIALS

13  DATED: March 3, 2020           MARTIN & BONTRAGER, APC

16                                 By:    /s/
                                   G. Thomas Martin
17                                 Nicholas J. Bontrager
18                                 Attorneys for Plaintiff M.
                                   PAPADOPOULOS DENTAL CORP. dba
19                                 VILLAGE FAMILY DENTAL OFFICE

WESIERSKI & ZUREK LLP
LAWYERS
ONE CORPORATE PARK, SUITE 200
IRVINE, CALIFORNIA 92606
(949) 975-1000

I1120447-1 DEF-0766

2                                           Case No. 8:19-cv-232
STIPULATION DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 29 Orchard Road, Lake Forest, CA 92630.

On May 1, 2020, I served true copies of the following document(s) described as **STIPULATION DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE** on the interested parties in this action as follows:

| | |
|---|---|
| G. Thomas Martin, III, Esq.<br>Nicholas J. Bontrager, Esq.<br>MARTIN & BONTRAGER, APC<br>6464 W. Sunset Boulevard, Suite 960<br>Los Angeles, CA 90028<br>Phone: (323) 940-1700<br>Fax: (323) 238-8095<br>E-Mail: tom@mblawapc.com<br>nick@mblawapc.com | Attorneys for Plaintiffs |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 1, 2020, at Lake Forest, California.

*/s/ Bayley G. Davidson*
Bayley G. Davidson

WESIERSKI & ZUREK LLP
LAWYERS
ONE CORPORATE PARK, SUITE 200
IRVINE, CALIFORNIA 92606
(949) 975-1000

I1120447-1 DEF-0766

Case No. 8:19-cv-232
STIPULATION DISMISSING ACTION IN ITS ENTIRETY With PREJUDICE