Christopher P. Wesierski [Bar No. 086736]
Mary H. Kim [Bar No. 198327]
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants,
SIGMAGRAFT, INC. dba
SIGMAGRAFT BIOMATERIALS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| M. PAPADOPOULOS DENTAL CORP. dba VILLAGE FAMILY DENTAL OFFICE, individually, and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SIGMAGRAFT, INC. dba SIGMAGRAFT BIOMATERIALS, <br><br> Defendant. | CASE NO. 8:19-cv-232 <br><br> **ORDER RE STIPULATION TO DISMISS ACTION** <br><br> Trial Date:   None Set |

**[PROPOSED] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE**

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice, putative class claims without is hereby Approved. All parties shall bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

DATED: May  6 , 2020

By: _____/s/ David O. Carter_____
UNITED STATES DISTRICT JUDGE

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2                                   Case No. 8:19-cv-232
I1155955-1 DEF-0766        ORDER RE STIPULATION TO DISMISS ACTION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 29 Orchard Road, Lake Forest, CA 92630.

On May 1, 2020, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE STIPULATION TO DISMISS** on the interested parties in this action as follows:

| | |
|---|---|
| G. Thomas Martin, III, Esq.<br>Nicholas J. Bontrager, Esq.<br>MARTIN & BONTRAGER, APC<br>6464 W. Sunset Boulevard, Suite 960<br>Los Angeles, CA 90028<br>Phone: (323) 940-1700<br>Fax: (323) 238-8095<br>E-Mail: tom@mblawapc.com<br>nick@mblawapc.com | Attorneys for Plaintiffs |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 1, 2020, at Lake Forest, California.

*/s/ Bayley G. Davidson*
Bayley G. Davidson